THE STATE OF OHIO, APPELLANT, *v.* STEVENS, APPELLEE.

[Cite as *State v. Stevens,* 109 Ohio St.3d 1210, 2006-Ohio-2580.]

(No. 2006–0102—Submitted April 25, 2006—Decided June 7, 2006.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. Saxon,* 109 Ohio St.3d 176, 2006-Ohio-1245, 846 N.E.2d 824, and the cause is remanded to the trial court for further proceedings consistent therewith.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellant.